**Hayat ABBOUD; Frank Abboud; Ibrahim Abboud; Samir Abboud; Nadia Abboud Zeidan, Plaintiffs—Appellants,**

v.

**UNION PACIFIC RAILROAD COMPANY; Amtrak, Defendants—Appellees.**

No. 04–16420.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 19, 2006.

Decided May 26, 2006.

Perry S. Dobson, Hayward, CA, for Plaintiffs—Appellants.

B. Clyde Hutchinson, Esq., Lori A. Sebransky, Esq., Lombardi, Loper & Conant LLP, Oakland, CA, for Defendants—Appellees.

Before: B. FLETCHER, KOZINSKI and FISHER, Circuit Judges.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts

MEMORANDUM \*

Because the district court correctly determined that plaintiffs' negligence claims against Union Pacific Railroad Company are without merit under *Rowland v. Christian,* 69 Cal.2d 108, 70 Cal.Rptr. 97, 443 P.2d 561 (1968), and because the district court correctly determined that plaintiffs' negligence claims against Amtrak are completely preempted, *see CSX Transp., Inc. v. Easterwood,* 507 U.S. 658, 675, 113 S.Ct. 1732, 123 L.Ed.2d 387 (1993), the district court's thorough order granting summary judgment to defendants is AFFIRMED.

Judge Kozinski would affirm for precisely the reasons set forth in the district court's entirely correct order.

---

of this circuit except as provided by Ninth Cir. R. 36–3.